THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE PIAZZA, True Name JOSEPH PIAZZO, Appellant.— Judgment of the County Court of Kings county, convicting defendant of the crime of extortion, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

FRANCES SMITH and Others, Appellants, v. MABEL STANTON, Respondent.— Action for personal injuries by plaintiffs, who were passengers in defendant's automobile. Judgment in favor of defendant, entered upon a directed verdict, reversed on the law and the facts and a new trial granted, costs to appellants to abide the event. We are of the opinion that the court erred in directing a verdict without specific denial of plaintiffs' motion for a directed verdict and in denying plaintiffs' motion to leave the issues to the jury for decision. (*Happel* v. *Lehigh Valley Railroad Co.*, 210 App. Div. 461; *O'Brien* v. *Tilden*, 228 id. 502.) In view of defendant's testimony that as she approached the intersection she passed a green light about fifty feet from the corner and that without again looking she continued to cross the intersection at a speed of twenty-five or thirty miles an hour, the finding that she was free from negligence is against the weight of the evidence. Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ., concur; Davis, J., dissents and votes to affirm.

JOSEPH P. TIMLIN, Appellant, v. JULIUS SCHEPPS, Respondent.— Order setting aside a verdict in favor of plaintiff and granting a new trial reversed on the facts, with costs, the verdict reinstated and judgment directed to be entered thereon, with costs, on the ground that the evidence fails to disclose any sufficient reason justifying the order. (*Dashnau* v. *City of Oswego*, 204 App. Div. 189.) Young, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote to affirm.

In the Matter of the Application of IRVING PHILIP BLUM for Admission to Practice as an Attorney and Counselor at Law. (From the State of Georgia.) — Application granted. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of ANTHONY J. FALLON for Admission to Practice as an Attorney and Counselor at Law. (From Ireland.) — Application granted. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of NATALE D'AMATO, Petitioner, for a Certiorari Order against STATE ALCOHOLIC BEVERAGE CONTROL BOARD OF NEW YORK and Another, Respondents; UNITED STATES GUARANTEE COMPANY, Surety, Respondent.— On argument, determination of the State Liquor Authority annulled, certiorari proceeding sustained, and matter remitted for a new hearing, with costs. The Commissioner acted in violation of petitioner's rights upon information obtained after the close of the hearings. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

HARRY BACH, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.; Carswell, J., not voting.

EDWARD J. BONES, as Administrator, etc., of CATHERINE M. BONES, Deceased, Appellant, v. RIDGEWOOD SAVINGS BANK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.